Argued and submitted October 29, reversed and remanded November 28, 1984

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT DE LANE BRISTOW,
*Appellant.*

### (83-1989; CA A32422)

691 P2d 161

Helen I. Bloch, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals the convictions and sentences on charges of felony driving while suspended, ORS 487.560, and driving under the influence of intoxicants. Over defendant's objections, the court admitted in evidence a prior conviction of defendant for driving under the influence of intoxicants. That conviction served to enhance the driving while suspended charge from a class A misdemeanor to a class C felony, ORS 487.560, and to prohibit defendant from applying for diversion pursuant to ORS 484.450.

The record of the prior conviction indicated that defendant was not represented by counsel[1] when he pleaded guilty to the charge. The state concedes that the court erred in admitting evidence of the prior conviction. We agree. *City of Pendleton v. Standerfer,* 297 Or 725, 688 P2d 68 (1984).

Reversed and remanded for resentencing.

---

[1] The record was silent as to whether defendant had waived counsel. In *State v. Grenvik,* 291 Or 99, 628 P2d 1195 (1981), the court held that a valid waiver of counsel will not be presumed from a silent record.